IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

    Plaintiff(s),

v.

CPT. SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG, and
MICHAEL YONGER,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's June 20, 2005 letter to the court, which the court has construed, in part, as a motion to compel discovery under Fed.R.Civ.P. 37(a)(2), is **denied** for plaintiff's failure to confer with defense counsel before filing the motion. *See* Fed.R.Civ.P. 37(a)(2)(B).

    Plaintiff may renew his motion, after conferring with defense counsel, if counsel fails to produce the requested documents by August 24, 2005.

Dated August 8, 2005.