IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

    Plaintiff,

v.

CPT. SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG, and
MICHAEL YONGER,

    Defendants.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    It is **HEREBY ORDERED** that plaintiff's motion to compel and request for appropriate sanction [doc. # 35] filed September 6, 2005 and referred on September 7, 2005 is hereby **denied as moot.** Defendants filed their status report on October 4, 2005, which indicates that plaintiff received the appropriate requested discovery from defendants on September 12, 2005. I also received a handwritten letter from plaintiff on September 19, 2005. In the letter plaintiff explains for the first time that he seeks from defendants all grievances and disciplinary actions filed against any and all of the defendants. This falls outside the scope of the motion to compel he filed on September 6, 2005. Because it appears that defendants have complied with the discovery request as originally set forth in plaintiff's motion to compel filed September 6, 2005, the motion and request for sanctions is now moot.

Dated: October 5, 2005