IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

      Plaintiff,

v.

CAPTAIN SCOTT GIBSON,
SARGENT PAYNE,
SARGENT JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG,
MICHAEL YOUNGER,

      Defendant.

---

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

---

Order Entered by Magistrate Judge Patricia A. Coan

      By Order of May 21, 2004, plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Under §1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this

04-cv-01050-MSK-PAC
January 4, 2006

action.

Plaintiff has failed to make the required monthly payment and has failed to show cause why he has no assets and no means by which to make the monthly payments for the months of October, November and December of 2005.  Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

It is not acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause.  Such a procedure unreasonably burdens the Court.  Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.   If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and for failure to comply with the order allowing plaintiff to proceed *in forma pauperis* entered May 21, 2004.  Accordingly,

IT IS ORDERED that by the **15th day** of **each** month hereafter beginning January 15, 2005, plaintiff will either make the required monthly payment for December 2005, or file a certified copy of his inmate trust fund account statement for the month of

2

04-cv-01050-MSK-PAC
January 4, 2006

December demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to

make a monthly payment. Furthermore, if payment is made for the month of December

2005, in order to verify that the appropriate amount is being paid, the plaintiff must file

a certified copy of his trust fund account statement for that month.  The plaintiff will

follow the same procedure for payment for the month of January 2006.  The January

monthly payment is due by February 15, 2006.  The civil action number should be

noted on all payments as well as on any trust fund statements that are filed with the

court.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the

complaint and this action may be dismissed without further notice to a plaintiff.

DATED: January 4, 2006.


BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge