IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

    Plaintiff(s),

v.

CPT. SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG, and
MICHAEL YONGER,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants' Motion for Clarification of Final Pretrial Order [Doc. 53] dated December 22, 2005 (doc. 54) is **GRANTED** in that the Court has reviewed previous orders. It is further

    **ORDERED** that the parties' Rule 26(a)(3) exhibits shall be exchanged by **January 16, 2006**, and the Parties' Rule 26(a)(3) objections shall be filed by **January 31, 2006**. Further,

    Plaintiff and counsel are advised that pending as of this date are the following:

    Plaintiff's Motion for Default Judgment dated May 3, 2005 (doc. 22); Motion Requesting Appropriate Sanctions dated July 26, 2005 (doc. 29); and Recommendation of United States Magistrate Judge dated August 1, 2005 (doc. 32) concerning the above Motion Requesting Appropriate Sanctions (doc. 29).