IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

    Plaintiff,

v.

CPT. SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG, and
MICHAEL YONGER,

    Defendants.

_____

## ORDER VACATING TRIAL
_____

**THIS MATTER** comes before the Court *sua sponte*.

Trial in this matter is scheduled for **January 02, 2007.** Based on the proceedings to date, it appears that the case of *United States v. Hutchinson*, 05-cr-141-MSK is likely to proceed to trial. That case, currently set to begin trial on **January 2, 2007**, will require vacatur of the trial set in this case. Accordingly, the trial set for **January 2, 2007** is **VACATED**. The parties shall jointly contact Chambers at 303-335-2289 within 14 days of the date of this order to reset the trial.

Dated this 28th day of November, 2006

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge