IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01050-MSK-PAC

NICKY L. SMITH BEY,

    Plaintiff,

v.

CPT. SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG, and
MICHAEL YONGER,

    Defendants.

## ORDER RESETTING TRIAL

**IT IS ORDERED** that a three (3) day jury trial in the above captioned matter is reset to **March 19, 2007 at 1:30 p.m.** on the docket of the Honorable Marcia S. Krieger in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.   This setting is on a trailing docket in 2nd position.

**IT IS FURTHER ORDERED** that a final pretrial conference is set for **January 26, 2007 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 7th day of December, 2006

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge