**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date: January 26, 2007
Court Reporter:        Paul Zuckerman

Civil Action No. 04-cv-01050-MSK-PAC

*Parties*:                                                              *Counsel Appearing:*

NICKY L. SMITH-BEY,                                         Pro Se (by telephone)

        Plaintiff,

v.

SCOTT GIBSON,                                                  Edward T. Farry, Jr.
SGT. PAYNE,
JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG,
MICHAEL YOUNGER,

        Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Final Pretrial Conference.

**4:07 p.m.   Court in session.**

Pro Se plaintiff is in custody in the Limon Correctional Facility and appears by telephone.

Counsel for defendants, Edward Farry, Jr. is present. None of the defendants or a representative are personally present.

**ORDER:**   Counsel for defendant shall purchase on an expedited basis a transcript of these proceedings and transmit to defendants. The client shall not bear the cost of the transcript.

Trial is set for March 19, 2007 for 3 days. The Court advises counsel that the trial is in a junior position to a criminal trial. If the criminal trial does not proceed, this matter is in a first position and will proceed to trial.

The Court advises counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Plaintiff's Motions for Order to Attend Trial in Person **(Doc. #72 and #75)** are **GRANTED.**

The Court addresses with the plaintiff what the claims are for this trial and what evidence may or may not be relevant.

Review of the proposed final pretrial order - matters addressed:

> Claims
> Defenses
> Witness List
> Exhibit List
> Trial length, trial process, including jury instructions, technology training, evidentiary issues and any questions posed by counsel and pro se plaintiff..

**ORDER:**   Pertinent to trial process: Total trial time will be 10 hours, each side will have 5 hours of trial time to present their case.  The Courtroom Deputy will keep track of time used by each side on the chess clock.  Opening statements will be 15 minutes and closing argument is limited to 30 minutes.

**ORDER:**   The witnesses will be sequestered.

**4:39 p.m.**   **Court in recess.**

**Total Time:   32 minutes.**
**Hearing concluded.**