# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1050-MSK-PAC

NICKY SMITH-BEY,

    Plaintiff,

v.

CAPT.  SCOTT GIBSON,
SGT. PAYNE,
SGT. JOSEPH BARNHILL,
LISA FITZGERALD,
JESSICA MEKELBURG,
MICHAEL YONGER,

    Defendants.

## ORDER ON WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    On the Application for Writ of Habeas Corpus Ad Testificandum it is

    ORDERED that a Writ of Habeas Corpus Ad Testificandum issue from this Court, directing the U. S. Marshall Service and the Warden of the Limon Correctional Facility to bring the above-named plaintiff, Nicky Bey Smith DOC # 98861, to this Court so that he is present on **March 19, 2007, at 1:30 p.m.** and that the plaintiff be kept in the custody of the U.S. Marshall or the Colorado Department of Corrections until the final disposition of this matter, then to be returned to the custody of said Warden.

Dated this 23rd day of February, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge